UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIANA M. SANDOVAL, | § § | |
| Plaintiff, | § § | |
| vs. | § § | 5:19-CV-00081 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § | |

## **ORDER**

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time to File Plaintiff's Opening Brief on or before January 21, 2020, (Dkt. No. 13), it is hereby ORDERED that Plaintiff's Motion is GRANTED.

Plaintiff shall file an Opening Brief no later than January 21, 2020. It is further ORDERED that Defendant shall file a response no later than 45 days of being served with Plaintiff's Brief. Plaintiff may file a reply 15 days after being served with Defendant's brief. Defendant may file a sur-reply within 15 days of being served with Plaintiff's Reply. The page limits and remaining provisions set forth in the Order for Briefing, issued on November 8, 2019 shall remain in effect. (Dkt. No. 12).

   IT IS SO ORDERED

Signed on December 27, 2019, at Laredo, Texas.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE