United States District Court
Southern District of Texas
**ENTERED**
May 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MARIANA M. SANDOVAL § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:19-CV-81 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER

United States Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(3), which advises the Court to grant the Commissioner's Unopposed Motion to Reverse and Remand (Dkt. No. 17). Neither party has filed objections. After reviewing the proposed findings and recommendation for plain error, the Court hereby **ADOPTS** the Report and Recommendation as the findings and opinion of the Court (Dkt. No. 19). The Commissioner's Unopposed Motion to Reverse and Remand (Dkt. No. 17) is **GRANTED**, judgment is **ENTERED** in Plaintiff's favor, and this action is **REMANDED** to the Commissioner for further proceedings. *See* 42 U.S.C. § 405(g).

It is so **ORDERED.**

**SIGNED** April 30, 2020.

_____
Marina Garcia Marmolejo
United States District Judge